# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>*Debtors.* | Chapter 11<br><br>Bankr. Case No. 14-10979 (CSS)<br><br>Jointly Administered<br><br>BAP-14-024 |
| CSC TRUST COMPANY OF<br>DELAWARE, as INDENTURE TRUSTEE,<br><br>*Appellant,*<br>v.<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>*Appellees.* | Case No. |

## DECLARATION OF NORMAN L. PERNICK
## WITH RESPECT TO EXHIBITS FILED IN SUPPORT
## OF EMERGENCY MOTION OF CSC TRUST COMPANY OF DELAWARE
## FOR STAY PENDING APPEAL OF BANKRUPTCY COURT'S
## <u>ORDER APPROVING FIRST LIEN SETTLEMENT</u>

I, NORMAN L. PERNICK, hereby certify and declare as follows based upon my own personal information and knowledge:

1. I am an attorney at law, duly admitted and in good standing to practice in the State of Delaware and before this Court, and I am a member of the law firm Cole, Schotz, Meisel, Forman & Leonard P.A., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801 ("<u>Cole Schotz</u>").

2. I submit this declaration in support of the Emergency Motion of CSC Trust Company of Delaware for Stay Pending Appeal of Bankruptcy Court's Order Approving First Lien Settlement.

3. Attached hereto as Exhibit A is a true and correct copy of Order Approving EFIH First Lien Settlement [D.I. 858][1].

4. Attached hereto as Exhibit B is a true and correct copy of Notice of Appeal [D.I. 873].

5. Attached hereto as Exhibit C is a true and correct copy of June 6, 2014 Hearing Transcript excerpt (pages 124 to 281).

6. Attached hereto as Exhibit D is a true and correct copy of Debtors' Reply to Objection of CSC Trust Company of Delaware, as Indenture Trustee, to the EFIH Debtors' Motion to Approve Proposed First Lien Settlement [D.I. 737].

7. Attached hereto as Exhibit E is a true and correct copy of Objection of CSC Trust Company of Delaware, as Indenture Trustee, to the EFIH Debtors' Motion to Approve the "First Lien Settlement" [D.I. 694].

8. Attached hereto as Exhibit F is a true and correct copy of Declaration of Christopher J. Kearns, Executive Director of Capstone Advisory Group, LLC Concerning First Lien Settlement [D.I. 694-1].

9. Attached hereto as Exhibit G is a true and correct copy of the Declaration of Norman L. Pernick in Support of Joint Motion of CSC Trust Company of Delaware, as Indenture Trustee, and Certain EFIH 10% First Lien Noteholders, for Confirmation that the Automatic

---

[1] References to "D.I. __" refer to the Docket No. identifying pleadings filed with the Bankruptcy Court for the District of Delaware.