## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

IN RE:                                          :
                                                :
ENERGY FUTURE HOLDINGS CORP.,    :    Bankruptcy Case No. 14-10979 (CSS)
et al.,                                         :
                                                :
                        Debtor.                 :
_____    :
                                                :
CSC TRUST COMPANY OF DELAWARE,   :
                                                :
                        Appellant,              :
                                                :
            v.                                  :    C. A. No. 14-723-RGA
                                                :
ENERGY FUTURE HOLDING CORP.,       :
et al.,                                         :
                                                :
                        Appellee.               :

## ORDER

At Wilmington this **21st** day of **July, 2014**.

Pursuant to this Court's Standing Order dated September 11, 2012, regarding procedures to govern mediation of all appeals from the Bankruptcy Court which places such appeals in mandatory mediation;

IT IS ORDERED that on or before **4:00 p.m., Monday, August 4, 2014,** the parties shall advise in a joint written submission, no longer than three (3) pages in 12 point font, directed to Magistrate Judge Thynge, their respective positions regarding mediation and reasoning for their positions, including whether the parties were previously or are presently involved in mediation or other ADR process.  Should the parties jointly request the matter be removed from the mandatory mediation requirement, they are to provide a

proposed briefing schedule and/or advise whether they feel a teleconference with a Magistrate Judge  would be of assistance and why.  This submission **shall not** be docketed, but shall be delivered to the Clerk's Office of the District Court.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE